# MEMORANDUM DECISIONS.

BOYLES v. STATE. (No. 5795.) (Court of Criminal Appeals of Texas. April 21, 1920.) Appeal from District Court, Ellis County; F. L. Hawkins, Judge. Charley Boyles was convicted of theft, and he appeals. Affirmed. Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, J. The appellant appeals from conviction of theft. The record is before us without statement of facts or bill of exceptions. Finding no fundamental errors, the judgment is affirmed.

LOVE v. STATE. (No. 5792.) (Court of Criminal Appeals of Texas. April 21, 1920.) Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. J. M. Love was convicted of theft, and he appeals. Affirmed. Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of theft and allotted three years in the penitentiary. The record is before us without a statement of facts or bill of exceptions. As the case is presented by the motion for new trial, there is nothing that can be revised without the evidence and bills of exception. The judgment will be affirmed.

LYBRAND v. MANN. (No. 8336.) (Court of Civil Appeals of Texas. Dallas. March 20, 1920.) Appeal from District Court, Van Zandt County; Joel R. Bond, Judge. Suit by A. T. Mann against J. L. Lybrand. From an adverse judgment, defendant appeals. Affirmed. A. L. Tisdale, of Wills Point, for appellant. Stanford & Sanders, of Canton, for appellee.

RAINEY, C. J. This is a suit by appellee against appellant to enjoin the sale by H. L. Lybrand of 73 acres of land, and to cancel a note for $500, executed by appellee to J. L. Lybrand, in extension of the balance due on the unpaid purchase-money notes for said 73 acres of land; said H. L. Lybrand being trustee in the deed of trust on said land to secure the payment of the purchase-money notes. A trial was had and judgment was rendered in favor of J. L. Lybrand for $19.16, and foreclosure of his lien, from which Lybrand appeals to this court. The cause was submitted on special issues, eight in number, all of which were found in favor of appellee, in effect, canceling the note to the extent of shortage of acres found by the jury, reducing the amount to $19.16, and foreclosure of lien and costs, taxed against plaintiff. Appellant assigns seven errors, which are directed against the findings of the jury, and each, in effect, is that it is not supported by the great preponderance of the evidence, but is contrary thereto, and the court erred in so rendering judgment. We have examined each and every assignment of error, and examined the evidence, and find it fully supports the judgment, and hold that it is sufficient, and the judgment is affirmed.

STATE v. JOHNSON. (No. 21877.) (Supreme Court of Missouri, Division No. 2. March 13, 1920.) Appeal from Circuit Court, Dunklin County; John P. Foard, Judge. Ada Johnson was convicted of felonious assault with a deadly weapon, and she appeals. Affirmed. Frank W. McAllister, Atty. Gen., and Lewis H. Cook, Sp. Asst. Atty. Gen., for the State.

WILLIAMSON, J. The appellant, Ada Johnson, upon an information charging her with the crime of felonious assault committed in Dunklin county, Mo., upon one Stella Ferguson, with a deadly weapon, to wit, a pocket knife, was convicted by a jury, and her punishment fixed at a fine of $100. A motion for a new trial was duly filed and overruled, and thereupon appellant was granted an appeal to this court. Appellant has filed no bill of exceptions, nor is any brief filed in her behalf. We have carefully examined the entire record before us. The information, trial, and judgment, and order overruling the motion for a new trial and granting an appeal, all appear to be sufficient and in proper form. There being no error in the record proper, the judgment must be and is affirmed. All concur.

END OF CASES IN VOL. 220

*